Harpaul Nahal (270062)
**THE NAHAL LAW FIRM**
2021 The Alameda Suite 380
San Jose, CA 95126
Phone: (408) 489-0292
Fax:    (408) 213-8354
harpaul@nahallaw.com

Attorney for Defendant
METRO PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARBUS, | Case No.: 4:23-cv-03868-DMR |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANT METRO PUBLISHING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER (AS MODIFIED) |
| vs. | |
| METRO PUBLISHING, INC., | |
| Defendant. | Trial Date:   None Set |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant METRO PUBLISHING, INC., ("Defendant") may have additional time within which to answer or otherwise respond to plaintiff Richard Harbus's ("Plaintiff") complaint. Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's complaint is Monday, October 30, 2023.

   Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

   This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

| | | |
|---|---|---|
| 1 | September 21, 2023 | Respectfully Submitted, |
| 2 | | **SANDERS LAW GROUP** |
| 3 | | _____/s/_____ |
| 4 | | Craig Sanders |
| 5 | | Jacqueline Mandel |
| | | Attorneys for Plaintiff |
| 6 | | Richard Harbus |
| 7 | | |
| 8 | September 21, 2023 | **THE NAHAL LAW FIRM** |
| 9 | | |
| 10 | | _____ |
| | | Harpaul Nahal |
| 11 | | Attorney for Defendant |
| | | Metro Publishing, Inc. |

2
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER (AS MODIFIED)
Case No.  4:23-CV-03868-DMR

**ORDER (AS MODIFIED)**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to plaintiff's complaint on or before Monday, October 30, 2023.

IT IS FURTHER ORDERED THAT the Initial Case Management Conference set for November 1, 2023 at 1:30 p.m. is vacated and continued to December 6, 2023 at 1:30 p.m. in Oakland, by Videoconference only (might be changed to in-person by the court).  Parties shall file joint case management conference statement by November 29, 2023.  **All counsel, may access the the webinar information (public hearings) at** https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

IT IS SO ORDERED AS MODIFIED.

Dated:  September 25, 2023

_____
DONNA M. RYU
Chief Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Donna M. Ryu]*