Harpaul Nahal (270062)
**THE NAHAL LAW FIRM**
2021 The Alameda Suite 380
San Jose, CA 95126
Phone: (408) 489-0292
Fax:     (408) 213-8354
harpaul@nahallaw.com

Attorney for Defendant
METRO PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD HARBUS, | Case No.: 4:23-cv-03868-DMR |
|---|---|
| Plaintiff, | FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT METRO PUBLISHING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER |
| vs. | |
| METRO PUBLISHING, INC., | |
| Defendant. | Trial Date:   None Set |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant METRO PUBLISHING, INC., ("Defendant") may have additional time within which to answer or otherwise respond to plaintiff Richard Harbus's ("Plaintiff") complaint from the current October 30, 2023 deadline. Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's complaint is November 29, 2023.

Good cause exists for this extension as the parties are currently engaging in meaningful meet and confer conference calls and communications in order to resolve this matter, which will remove this matter from the Court's docket. The parties anticipate this matter should be resolved by or before the requested responsive pleading deadline of November 29, 2023.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

October 24, 2023

Respectfully Submitted,
**SANDERS LAW GROUP**

/s/ *Jacqueline Mandel*
―――――――――――――――
Craig Sanders
Jacqueline Mandel
Attorneys for Plaintiff
Richard Harbus

October 24, 2023

**THE NAHAL LAW FIRM**

―――――――――――――――
Harpaul Nahal
Attorney for Defendant
Metro Publishing, Inc.

FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER
Case No. 4:23-CV-03868-DMR

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Thursday, November 29, 2023.

Dated: October 26, 2023

_____
DONNA M. RYU
United States Chief Magistrate Judge